UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 4, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

BABETTE SPEARS

     Defendant.

Case No.  2:25-cr-00091-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BABETTE SPEARS ,

Case No.  2:25-cr-00091-TLN , 18 USC § 3583, from custody

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ $ _____

      _____  Unsecured Appearance Bond $ $ _____

      _____  Appearance Bond with 10% Deposit

      _____  Appearance Bond with Surety

      _____  Corporate Surety Bail Bond

      X  (Other): Defendant released on previously imposed supervised release conditions and modified release conditions as stated on the record. Defendant to report to Probation immediately upon release at the earliest time available.

_____  Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 4, 2026 at 2:00 PM

By: _____

Magistrate Judge Chi Soo Kim