TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
BABETTE SPEARS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:25-CR-00091 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| Babette Spears | ) | |
| | ) | |
| Defendant. | ) | Date:  April  2, 2026 |
| | ) | Time: 9:30 am |
| | ) | Dept:  Honorable Judge Troy L. Nunley |
| | ) | |
| | ) | |

The Government, by and through its counsel of record, Nicole Moody, and defendant Babette Spears, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1.      Ms. Spears made her initial appearance in this matter on March 4, 2026. ECF No. 6. Her underlying case was adjudicated in the Southern District. This matter was set for admit/deny hearing on April 2, 2026. ECF No. 6.

2.      Defense counsel needs additional time to receive information from Ms. Babette's attorney who represented her in the underlying case so that counsel can properly advise Ms. Babette prior to an admit/deny hearing.

3.    By this stipulation, defendant now moves to continue the admit/deny hearing until April 23, 2026.

4.    Neither the Government nor probation officer object to the continuance.

    IT IS SO STIPULATED.


Dated:  March 30, 2026

                                        ERIC GRANT
                                        United States Attorney

                                        /s/  NICOLE MOODY
                                        NICOLE MOODY

                                        Assistant United States Attorney


Dated:  March 30, 2026                  /s/ TONI WHITE
                                        TONI WHITE
                                        Counsel for Defendant
                                        BABETTE SPEARS

**FINDINGS AND ORDER**

The Court, having received, read, and considered defense counsel's request, and good cause appearing therefrom, adopts the request in its entirety as its order.  The Court vacates the April 2, 2026 hearing and resets the matter for hearing on April 23, 2026, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 30th day of March 30, 2026.

_____
Troy L. Nunley
Chief United States District Judge