ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BABETTE SPEARS,<br><br>                    Defendant. | CASE NO.  2:25-CR-0091 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING AND ORDER<br><br>DATE: June 4, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for dispositional hearing on June 4, 2026.

2.     By this stipulation, the parties now move to continue the dispositional hearing until July 30, 2026 at 9:30 a.m..

[remainder of page intentionally blank]

STIPULATION REGARDING DISPOSITIONAL HEARING          1

3.      The parties agree and stipulate that the assigned probation officer has requested additional team to prepare a dispositional report.  The parties have checked with the assigned probation officer, and the assigned officer does not object to this request.

IT IS SO STIPULATED.


Dated:  June 2, 2026                                        ERIC GRANT
                                                           United States Attorney


                                                           /s/ NICHOLAS M. FOGG
                                                           NICHOLAS M. FOGG
                                                           Assistant United States Attorney


Dated:  June 2, 2026                                        /s/ TONI WHITE
                                                           TONI WHITE
                                                           Counsel for Defendant
                                                           BABETTE SPEARS




**ORDER**

IT IS SO FOUND AND ORDERED.


Dated: June 2, 2026


_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING DISPOSITIONAL HEARING              2